### Hoffman *v.* Coker.

Cobb, J. The charge as a whole fully and fairly submitted to the jury the issues in dispute; the complaint that certain instructions given by the court to the jury were not warranted by the evidence is not well founded; there was ample evidence to warrant the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued June 5, — Decided July 14, 1897.

Distress warrants. Before Judge Lumpkin. Fulton superior court. September term, 1896.

*Joseph H. Smith*, for plaintiff in error.
*John L. Hopkins & Sons*, contra.

---

### Karr *v.* Sudderth *et al.*

Atkinson, J. No error of law being complained of, and the evidence being conflicting, there was no abuse of discretion in overruling the motion for a new trial.        *Judgment affirmed. All the Justices concurring.*

Submitted June 23, — Decided July 14, 1897.

Foreclosure of mortgage. Before Judge Hutchins. Gwinnett superior court. September term, 1896.

*C. H. Brand*, for plaintiff in error.
*T. M. Peeples*, contra.